

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-14-00610-CR

Joe A. **GOMEZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 379th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR4656
Honorable Ron Rangel, Judge Presiding

BEFORE CHIEF JUSTICE MARION, JUSTICE ANGELINI, AND JUSTICE PULLIAM

In accordance with this court's memorandum opinion of this date, the judgment of the trial court is AFFIRMED.

SIGNED September 23, 2015.

_____
Karen Angelini, Justice